UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA BAIRD, AS SUCCESSOR-IN-INTEREST AND SURVIVING HEIR OF THE ESTATE OF GERALD BAIRD, DECEASED<br><br>Plaintiff,<br><br>vs.<br><br>McKESSON CORPORATION; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM INTERNATIONAL GMBH; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. C-13-1369 LB<br><br>AMENDED<br>[~~PROPOSED~~] ORDER GRANTING REMAND OF CASE TO STATE COURT |

Based on the Stipulation of the parties and good cause appearing, pursuant to 28 U.S.C. § 1447(c), this matter is hereby remanded to the Superior Court of the State of California, County of San Francisco, Superior Court Case Number CGC-13-529974.

**IT IS SO ORDERED.**

Dated: April 15, 2013

_____
UNITED STATES DISTRICT JUDGE

1
[~~PROPOSED~~] ORDER GRANTING REMAND OF CASE TO STATE COURT
LA/2217791v1